UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----

MARIA DE JESUS MIRANDA and
ONFRE MURILLO,

          Plaintiffs,

   v.

AMERICA'S SERVICING COMPANY,
et. al.,

          Defendants.

No. 2:09-cv-02786-MCE-KJN

MEMORANDUM AND ORDER

----oo0oo----

    This action arises out of a mortgage loan transaction in which Plaintiffs Maria De Jesus Miranda and Onfre Murillo ("Plaintiffs") obtained a home loan in January 2006.  Presently before the Court are Motions by Defendant American Home Mortgage Servicing, Inc., and Defendants Mortgage Electronic Registration System, Inc., Wells Fargo Bank, N.A. d/b/a America's Servicing Company, and HSBC Bank USA (collectively "Defendants") to Dismiss the claims alleged against them in Plaintiffs' First Amended Complaint for failure to state a claim upon which relief may be granted pursuant to Federal Rule of Civil Procedure 12(b)(6).

Defendant American Home Mortgage Servicing, Inc. also moves for a more definite statement pursuant to Federal Rules of Civil Procedure 12(b)(e).[1]

Plaintiffs' initial Complaint alleged violations of both federal and state laws, including the Real Estate Settlement Procedures Act, 12 U.S.C. § 2605 et seq. ("RESPA"). However, Plaintiffs subsequently filed a First Amended Complaint in which they abandon their federal claim.

With only Plaintiffs' state law claims remaining, this Court ceases to have subject matter jurisdiction over the suit. The Court declines to exercise its supplemental jurisdiction over the remaining state causes of action and they are dismissed without prejudice. The Court need not address the merits of Defendants' Motions to Dismiss (Docket Nos. 15 and 16) as those issues are now moot. Defendant American Home Mortgage Servicing, Inc.'s motion for a more definite statement (Docket No. 15) is also moot.

For the reasons stated above, the case is REMANDED to Superior Court of California, County of Sacramento. The Clerk is directed to close the file.

IT IS SO ORDERED.

Dated: March 25, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

---

[1] Because oral argument will not be of material assistance, the Court deemed this matter suitable for decision without oral argument. E.D. Cal. Local Rule 230(g).

2